MARY CURRY, Respondent, *v.* GERSHOM WIBORN et al., Appellants.

*Currie* v. *Wiborn,* 39 App. Div. 651, affirmed.
(Argued June 12, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Walter S. Hubbell* and *Heman W. Morris* for appellants.

*P. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.